USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Local 8A-28A Welfare Fund,

              Plaintiff,

  - against -

Avant Guards Manufacturing, Inc.

             Defendant.
----------------------------------------x

**O R D E R**

04 Civ. 9057 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

DATED:    New York, New York
           April 18, 2005

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE